478 Pa. 20 (1978)
385 A.2d 975
Walter J. KENWORTHY and Louise M. Kenworthy, Appellees,
v.
William BURGHART, Appellant.
Supreme Court of Pennsylvania.
Argued April 17, 1978.
Decided May 15, 1978.
Robert B. Surrick, Chester, George J. McConchie, Media, for appellant.
George J. O'Neill, Philadelphia, for appellees.
Before EAGEN, C.J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION
PER CURIAM:
Appeal is dismissed as improvidently granted.